# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Albert C. Burgess Jr.,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:15-cv-00156-FDW |
| | ) | 1:09-cr-17-GCM-DLH-1 |
| vs. | ) | |
| | ) | |
| **Attorney General of the United States,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 3, 2015 Order.

August 4, 2015

*[signature]*

Frank G. Johns, Clerk
United States District Court